# UNITED STATES DISTRICT COURT
## Northern District Of California

_____  )
                                     )
                                     )
**UNITED STATES OF AMERICA,**        )   Case No.: CR-13-0483 SI
         Plaintiff,      )
                                     )   ORDER FOR RELEASE FROM
                                     )   CUSTODY
    vs.                            )
                                     )
                                     )
Byron Davis                          )
_____  )
         Defendant.      )
                                     )
_____  )

    IT IS ORDERED that the United States Marshal release from his custody Byron Davis_____, the Defendant in the above-cited action.

DATED: 10/30/13_____   _____Susan Illston_____
                                                     Susan Illston
                                                     **UNITED STATES DISTRICT JUDGE**

---

## UNITED STATES MARSHAL RETURN

    I hereby certify and return that in response to the within Order for Release from Custody, received at San Francisco, California, this _____ day of _____, 20____, I released the within named Defendant, _____ from my custody, on _____, 20_____.

                                                      **United States Marshal**

                                                      **By:**_____
                                                                 (Deputy)

[Submit to USMS]